RECEIVED

08 SEP 22 PM 4:00

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

Northern District of California

MIGUEL CASTANEDA on behalf of himself and others similarly situated,

Plaintiff(s),

v.

BURGER KING CORPORATION and BURGER KING HOLDINGS, INC.,

Defendant(s).

CASE NO. C 08-04262 WHA

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Amy F. Robertson, an active member in good standing of the bar of U.S. District Court for the District of Colorado, whose business address and telephone number (particular court to which applicant is admitted) is

FOX & ROBERTSON, P.C.
3801 E. Florida Ave., Suite 400, Denver, CO 80210
303.595.9700

,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing plaintiffs.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: September 24, 2008

IT IS SO ORDERED
Judge William Alsup

_____
Judge William Alsup
United States District Judge