IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MIGUEL CASTANEDA, on behalf of himself and others similarly situated,

    Plaintiff,

  v.

BURGER KING CORPORATION and BURGER KING HOLDINGS, INC.,

    Defendants.

No. C 08-04262 WHA

**ORDER SETTING HEARING ON PLAINTIFF'S DISCOVERY DISPUTE**

    The Court hereby **SETS** a further meet and confer on **MONDAY, NOVEMBER 3, 2008, AT 1:00 P.M.** in the Attorney Lounge on the eighteenth floor of the federal courthouse. At **3:00 P.M.** on that same day, the Court shall hold a hearing to hear any remaining unresolved issue(s). The hearing noticed on December 4, 2008, at 8:00 a.m. is **VACATED**. Defendants are requested to respond to plaintiff's motion no later than **NOON ON OCTOBER 31**. The parties are requested to review the Court's supplemental order filed on September 10.

    **IT IS SO ORDERED.**

Dated: October 28, 2008.

                                    WILLIAM ALSUP
                                    UNITED STATES DISTRICT JUDGE