IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MIGUEL CASTANEDA, on behalf of himself and others similarly situated,

    Plaintiff,

  v.

BURGER KING CORPORATION and BURGER KING HOLDINGS, INC.,

    Defendants.

No. C 08-04262 WHA

**ORDER RE DISCOVERY**

    General Order 56 is suspended as it applies to this case.  Discovery is now permitted. All discovery disputes are to be referred to a magistrate judge to be selected.

    **IT IS SO ORDERED.**

Dated:  November 11, 2008

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE