1  GENOVESE JOBLOVE & BATTISTA P.A.
   MICHAEL D. JOBLOVE
2  JONATHAN E. PERLMAN
   Bank of America Tower
3  100 Southeast 2nd Street, 44th Floor
   Miami, Florida 33131
4  Telephone: (305) 349-2300
   Facsimile: (305) 349-2310
5  Email: mjoblove@gjb-law.com
          jperlman@gjb-law.com
6

7  GLYNN & FINLEY, LLP
   CLEMENT L. GLYNN, Bar No. 57117
8  ADAM FRIEDENBERG, Bar No. 205778
   One Walnut Creek Center
9  100 Pringle Avenue, Suite 500
   Walnut Creek, CA 94596
10 Telephone: (925) 210-2800
   Facsimile: (925) 945-1975
11 Email: cglynn@glynnfinley.com
          afriedenberg@glynnfinley.com
12

13 Attorneys for Defendants Burger King Corporation
   and Burger King Holdings, Inc.
14

15                  UNITED STATES DISTRICT COURT

16                  NORTHERN DISTRICT OF CALIFORNIA

17

18 MIGUEL CASTANEDA on behalf of      )  Case No. CV 08-4262 WHA
   himself and others similarly situated )
19                                      )  STIPULATION AND [~~PROPOSED~~]
              Plaintiff,                )  ORDER TO EXTEND TIME TO
20                                      )  RESPOND TO PLAINTIFF'S
       vs.                              )  COMPLAINT AND SETTING
21                                      )  BRIEFING SCHEDULE FOR
   BURGER KING CORPORATION and         )  DEFENDANTS' MOTION TO DISMISS
22 BURGER KING HOLDINGS, INC.,         )
                                        )
23            Defendants.              )
                                        )
24 _____)

25      Defendants Burger King Corporation and Burger King Holdings, Inc. and Plaintiff

26 Miguel Castaneda hereby stipulate as follows:

27      WHEREAS, Plaintiff has agreed to dismiss Burger King Holdings, Inc., without

28 prejudice, which motion will be filed by Plaintiff today;

- 1 -
JOINT STIPULATION AND [~~PROPOSED~~] ORDER, Case No. CV 08-4262 WHA

1  WHEREAS, the parties have agreed that Defendants' last day to answer or otherwise
2  respond to the Complaint shall be November 26, 2008;
3  WHEREAS, Defendants intend to respond to the Complaint via a motion pursuant to
4  Federal Rule of Civil Procedure 12;
5  WHEREAS, the upcoming holidays, as well as the Court's schedule and the schedule of
6  counsel for Plaintiff and Defendants, are such that Defendants will be unable to bring its motion
7  on for hearing prior to January 29, 2008 at 8:00 a.m.
8  WHEREAS, the parties have agreed to a briefing schedule on the aforementioned motion
9  to accommodate the upcoming holiday season, and avoid inconvenience to the Court and parties;
10  WHEREAS, no date stipulated herein will accelerate any deadline imposed by Local
11  Rules 7.2(a) or 7.3(a), (c);
12  THEREFORE, IT IS HEREBY STIPULATED between the parties as follows:
13  1.  Defendants' last day to answer or otherwise respond to the Complaint shall be
14  November 26, 2008;
15  2.  Plaintiff must file any opposition brief to any motions to dismiss brought by the
16  Defendants by December 26, 2008,
17  3.  Defendants must file any reply brief in support of the motion to dismiss by
18  January 15, 2008;
19  4.  Subject to the Court's availability, Defendants' motion to dismiss shall be heard
20  by the Honorable William Alsup on January 29, 2008 at 8:00 a.m.
21  SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated: November 21, 2008 | |
| 2 | | FOX & ROBERTSON<br>TIMOTHY P. FOX, ESQ.<br>AMY F. ROBERTSON, ESQ. (*pro hac vice*) |
| 3 | | 3801 East Florida Avenue, Suite 400<br>Denver, CO 80210 |
| 4 | | |
| 5 | | LEWIS, FEINBERG, LEE, RENAKER &<br>JACKSON, P.C.<br>BILL LANN LEE, ESQ. |
| 6 | | JULIA CAMPINS, ESQ.<br>1330 Broadway, Suite 1800 |
| 7 | | Oakland, CA 94612 |
| 8 | | |
| 9 | | By_____/s/ Amy F. Robertson_____<br>    Amy F. Robertson, Esq. (*pro hac vice*) |
| 10 | |    Attorneys for Plaintiff |
| 11 | | |
| 12 | Dated: November 21, 2008 | GENOVESE JOBLOVE & BATTISTA, P.A.<br>MICHAEL D. JOBLOVE (*pro hac vice*) |
| 13 | | JONATHAN E. PERLMAN (*pro hac vice*)<br>100 SE Second Street, 44th Floor |
| 14 | | Miami, FL  33131 |
| 15 | | GLYNN & FINLEY, LLP<br>CLEMENT L. GLYNN |
| 16 | | ADAM FRIEDENBERG<br>One Walnut Creek Center |
| 17 | | 100 Pringle Avenue, Suite 500<br>Walnut Creek, CA 94596 |
| 18 | | |
| 19 | | |
| 20 | | By_____/s/ Adam Friedenberg_____<br>    Adam Friedenberg, Esq.<br>    Attorneys for Defendants Burger King |
| 21 | | Corporation and Burger King Holdings, Inc. |
| 22 | | |

### ATTESTATION

I, Adam Friedenberg, hereby attest that, pursuant to General Order 45, Section XB, concurrence in the filing of this document has been obtained from each of the other signatories herein.

1
**[PROPOSED] ORDER**
2

3

4    PURSUANT TO STIPULATION, IT IS SO ORDERED.

5

6    Dated: November 24, 2008

*[SEAL: United States District Court, Northern District of California — IT IS SO ORDERED /s/ William Alsup, Judge William Alsup]*

_____
The Honorable William Alsup
UNITED STATES DISTRICT JUDGE