IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MIGUEL CASTANEDA on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BURGER KING CORPORATION and BURGER KING HOLDINGS, INC.,<br><br>Defendants. | Case No. C 08-4262 WHA<br><br>[PROPOSED] ORDER DISMISSING WITHOUT PREJUDICE DEFENDANT BURGER KING HOLDINGS, INC.<br><br>[FED. R. CIV. P. 41(a)(1), 23(e)] |

Good cause shown, it is hereby ordered that Defendant Burger King Holdings, Inc. is dismissed from this action without prejudice.

Dated: November 24, 2008

IT IS SO ORDERED
Judge William Alsup

_____
Hon. William H. Alsup
United States District Court Judge
Northern District of California

[PROPOSED] ORDER DISMISSING WITHOUT PREJUDICE DEFENDANT BURGER
KING HOLDINGS, INC. [CASE NO. C 08-4262 WHA]            Page 1