| | |
|---|---|
| 1 | GENOVESE JOBLOVE & BATTISTA P.A. |
| | MICHAEL D. JOBLOVE |
| 2 | JONATHAN E. PERLMAN |
| | Bank of America Tower |
| 3 | 100 Southeast 2nd Street, 44th Floor |
| | Miami, Florida 33131 |
| 4 | Telephone: (305) 349-2300 |
| | Facsimile: (305) 349-2310 |
| 5 | Email: mjoblove@gjb-law.com |
| |       jperlman@gjb-law.com |
| 6 | |
| 7 | GLYNN & FINLEY, LLP |
| | CLEMENT L. GLYNN, Bar No. 57117 |
| 8 | ADAM D. FRIEDENBERG, Bar No. 205778 |
| | One Walnut Creek Center |
| 9 | 100 Pringle Avenue, Suite 500 |
| | Walnut Creek, CA 94596 |
| 10 | Telephone: (925) 210-2800 |
| | Facsimile: (925) 945-1975 |
| 11 | Email: cglynn@glynnfinley.com |
| |       afriedenberg@glynnfinley.com |
| 12 | |
| 13 | Attorneys for Defendants Burger King Corporation |
| | and Burger King Holdings, Inc. |
| 14 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 18 | MIGUEL CASTANEDA on behalf of himself and others similarly situated | ) ) ) |
| 19 | | ) |
| 20 | Plaintiff, | ) ) |
| 21 | vs. | ) ) |
| 22 | BURGER KING CORPORATION and BURGER KING HOLDINGS, INC., | ) ) ) |
| 23 | Defendants. | ) ) |
| 24 | —————————————— | ) |

**Case No. CV 08-4262 WHA**

[~~PROPOSED~~] **ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF TO EXCEED PAGE LIMITS FOR MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

- 1 -

[~~PROPOSED~~] ORDER GRANTING DEF. MOTION FOR ADMIN. RELIEF, Case No. CV 08-4262 WHA

FOR GOOD CAUSE SHOWN AND PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:

1. Defendants may file a 35 page memorandum in support of the motion to dismiss the Complaint;

2. Plaintiff may file a 35 page memorandum in opposition to Defendants' motion to dismiss;

3. Defendants may file a 20 page reply in support of the motion to dismiss.

IT IS SO ORDERED.

Dated: November 24, 2008

_____
The Honorable William Alsup
UNITED STATES DISTRICT JUDGE