IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL CASTANEDA, on behalf of himself and others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BURGER KING CORPORATION,<br><br>　　　　Defendant.　　　　　　　　　／ | No. C 08-04262 WHA<br><br>**ORDER RE DEFENDANT'S MOTION FOR A STAY OF CERTAIN DISCOVERY** |

On November 26, 2008, defendant filed a motion to dismiss this ADA action, arguing that plaintiff lacks standing to pursue claims relating to Burger King stores other than those plaintiff allegedly visited. On December 30, 2008, defendant filed a motion to stay discovery (other than limited discovery already provided) into stores other than those plaintiff allegedly visited, pending the outcome of defendant's motion to dismiss.

Because defendant's motion concerns discovery in this matter, the motion will be heard on an expedited schedule. A hearing will be held on **JANUARY 9, 2009, AT 1:30 P.M.** Plaintiff's response must be filed no later than **NOON ON JANUARY 8, 2009**.

**IT IS SO ORDERED.**

Dated: December 31, 2008.

　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE