Bill Lann Lee – CA State Bar No. 108452
Julia Campins – CA State Bar No. 238023
LEWIS, FEINBERG, LEE,
RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA  94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
Email: blee@lewisfeinberg.com
jcampins@lewisfeinberg.com

Timothy P. Fox - CA State Bar No. 157750
Amy Robertson (pro hac vice)
FOX & ROBERTSON, P.C.
910 - 16th Street, Suite 610
Denver, CO  80202
Telephone:(303) 595-9700
Facsimile:(303) 595-9705
Email: tfox@foxrob.com
       arob@foxrob.com

*Attorneys for Plaintiffs*
(*additional counsel on next page*)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL CASTANEDA on behalf of himself and others similarly situated ) ) ) | Case No. C 08-4262 WHA |
| Plaintiff, ) ) | **STIPULATION AND [PROPOSED] ORDER TO SHORTEN TIME TO RESPOND TO AND SETTING BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION TO COMPEL REMOVAL OF CONFIDENTIAL DESIGNATION** |
| vs. ) ) | |
| BURGER KING CORPORATION, ) ) | |
| Defendants. ) ) ) | |

JOINT STIPULATION AND [PROPOSED] ORDER [CASE NO. C 08-4262]

Linda D. Kilb, Bar No. 136101
DISABILITY RIGHTS EDUCATION
& DEFENSE FUND
2212 Sixth Street
Berkeley, CA 94710
Telephone:(510) 644-2555
Facsimile:(510) 841-8645
E-mail: lkilb@dredf.org

Mari Mayeda, Bar No. 110947
P O Box 5138
Berkeley, CA 94705
Telephone: (510) 848-3331
Facsimile: (510) 841-8115
marimayeda@earthlink.net

Antonio M. Lawson, Bar No. 140823
LAWSON LAW OFFICES
160 Franklin Street, Suite 204
Oakland, CA 94607
Telephone: (510) 419-0940
Facsimile:  (510) 419-0948
tony@lawsonlawoffices.com

*Attorneys for Plaintiff*


Michael D. Joblove (*pro hac vice*)
Jonathan E. Perlman (*pro hac vice*)
GENOVESE JOBLOVE & BATTISTA P.A.
Bank of America Tower
100 Southeast 2nd Street, 44th Floor
Miami, Florida 33131
Telephone: (305) 349-2300
Facsimile: (305) 349-2310
Email: mjoblove@gjb-law.com
       jperlman@gjb-law.com

Clement L. Glynn, Bar No. 57117
Adam Friedenberg, Bar No. 205778
GLYNN & FINLEY, LLP
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
Telephone: (925) 210-2800
Facsimile: (925) 945-1975
Email: cglynn@glynnfinley.com
       afriedenberg@glynnfinley.com

*Attorneys for Defendant*

Plaintiff Miguel Castaneda and Defendant Burger King Corporation hereby stipulate as follows:

WHEREAS, the stipulated protective order signed by both parties and approved by the Court on December 31, 2008 (Dkt. #41) requires all disputes regarding the propriety of confidentiality designations to be resolved by the Court if the dispute cannot be resolved;

WHEREAS, pursuant to the protective order, Plaintiff desires to have the Court determine whether Burger King Corporation has properly designated the list of Burger King-leased restaurants as confidential;

WHEREAS, on February 12, 2009, the parties will already be in front of the Court for Defendants' Motion to Dismiss and Motion for Stay, at 8:00 a.m. as well as the Case Management Conference, at 11:00 a.m.;

WHEREAS, the parties desire to minimize counsel's need to travel and the inconvenience to the Court and to resolve issues in an expedient and efficient manner;

WHEREAS, the parties recognize that a shortened briefing schedule does not give the Court many days to review the briefs before the hearing, but believe that, because the dispute only involves one document, it may be briefed and considered in a shortened time period;

WHEREAS, the parties have agreed to a briefing schedule on the aforementioned motion to avoid inconvenience to the Court and parties;

THEREFORE, IT IS HEREBY STIPULATED between the parties as follows:

1. Defendant's last day to file an opposition to Plaintiff's Motion to Compel Removal of Confidential Designation is February 6, 2009.

2. Plaintiff's last day to file a reply in support of his Motion to Compel Removal of Confidential Designation is February 10, 2009.

3. Subject to the Court's availability, Plaintiff's motion shall be heard by the Honorable William Alsup on February 12, 2008 at 8:00 a.m., along with Defendant's Motion to Dismiss and Motion for Stay

SO STIPULATED.

Dated: January 26, 2009

FOX & ROBERTSON
TIMOTHY P. FOX
AMY F. ROBERTSON (*pro hac vice*)
3801 East Florida Avenue, Suite 400
Denver, CO 80210

LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
BILL LANN LEE
JULIA CAMPINS
1330 Broadway, Suite 1800
Oakland, CA 94612

By      /s/ Julia Campins
   Julia Campins
   Attorneys for Plaintiff

Dated: January 26, 2009

GENOVESE JOBLOVE & BATTISTA, P.A.
MICHAEL D. JOBLOVE (*pro hac vice*)
JONATHAN E. PERLMAN (*pro hac vice*)
100 SE Second Street, 44th Floor
Miami, FL  33131

GLYNN & FINLEY, LLP
CLEMENT L. GLYNN
ADAM FRIEDENBERG
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596

By      /s/ Michael Joblove
   Michael D. Joblove
   Attorneys for Defendants Burger King
   Corporation and Burger King Holdings, Inc.

**ATTESTATION**

I, Julia Campins, hereby attest that, pursuant to General Order 45, Section XB, concurrence in the filing of this document has been obtained from each of the other signatories herein

1

**[PROPOSED] ORDER**

2

3      PURSUANT TO STIPULATION, IT IS SO ORDERED.

4

5

6  Dated: January 27, 2009.          _____
                                      The Honorable William Alsup
7                                     UNITED STATES DISTRICT JUDGE

8

*GRANTED*

*Judge William Alsup*