| | |
|---|---|
| 1 | GENOVESE JOBLOVE & BATTISTA P.A.<br>MICHAEL D. JOBLOVE |
| 2 | JONATHAN E. PERLMAN<br>Bank of America Tower |
| 3 | 100 Southeast 2nd Street, 44th Floor<br>Miami, Florida 33131 |
| 4 | Telephone: (305) 349-2300<br>Facsimile: (305) 349-2310 |
| 5 | Email: mjoblove@gjb-law.com<br>jperlman@gjb-law.com |
| 6 | |
| 7 | GLYNN & FINLEY, LLP<br>CLEMENT L. GLYNN, Bar No. 57117 |
| 8 | ADAM FRIEDENBERG, Bar No. 205778<br>MAUREEN RODGERS, Bar No. 245876 |
| 9 | One Walnut Creek Center<br>100 Pringle Avenue, Suite 500 |
| 10 | Walnut Creek, CA 94596<br>Telephone: (925) 210-2800 |
| 11 | Facsimile: (925) 945-1975<br>Email: cglynn@glynnfinley.com |
| 12 | afriedenberg@glynnfinley.com<br>mrodgers@glynnfinley.com |
| 13 | |
| 14 | |
| 15 | Attorneys for Defendant Burger King Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MIGUEL CASTANEDA on behalf of himself and others similarly situated | ) ) ) | Case No. CV 08-4262 WHA |
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR |
| vs. | ) ) | DEFENDANT TO FILE ITS REPLY IN SUPPORT OF ITS MOTION TO STAY |
| BURGER KING CORPORATION and BURGER KING HOLDINGS, INC., | ) ) ) | CERTAIN DISCOVERY |
| Defendants. | ) ) | |

     Pursuant to Local Rules 6-1, 6-2 and 7-12, Plaintiff Miguel Castaneda and Defendant Burger King Corporation ("Burger King") hereby stipulate as follows:

- 1 -
STIPULATION AND [PROPOSED] ORDER, Case No. CV 08-4262 WHA

WHEREAS, on December 30, 2008, Burger King filed a motion to stay certain discovery pending the Court's ruling on the motion to dismiss, and Plaintiff filed its opposition to the motion on January 8, 2009;

WHEREAS, Burger King's reply in support of its motion to stay certain discovery is due on January 29, 2009;

WHEREAS, lead counsel for Burger King, Michael Joblove, will be traveling on January 29, 2009 from California to Florida, after traveling to Florida from California to take the Plaintiff's deposition in this case;

WHEREAS, the parties have agreed, and request the Court to order, that Burger King may have an extension of two court days (four calendar days) to file its reply in support of its motion to stay certain discovery.

WHEREAS, the time extension will not affect the scheduled hearing date set for February 12, 2009 at 8:00 a.m.;

THEREFORE, IT IS HEREBY STIPULATED between the parties as follows:

1.) That Burger King may file its reply in support of its motion to stay certain discovery on Monday, February 2, 2009.

SO STIPULATED.

Dated: January 29, 2009

FOX & ROBERTSON
TIMOTHY P. FOX, ESQ.
AMY F. ROBERTSON, ESQ. (*pro hac vice*)
3801 East Florida Avenue, Suite 400
Denver, CO 80210

LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
BILL LANN LEE, ESQ.
JULIA CAMPINS, ESQ.
1330 Broadway, Suite 1800
Oakland, CA 94612


By_____/s/ Amy F. Robertson_____
Amy F. Robertson, Esq. (*pro hac vice*)
Attorneys for Plaintiff

| | |
|---|---|
| 1 | Dated: January 29, 2009 |
| 2 | GENOVESE JOBLOVE & BATTISTA, P.A.<br>MICHAEL D. JOBLOVE (*pro hac vice*)<br>JONATHAN E. PERLMAN (*pro hac vice*)<br>100 SE Second Street, 44th Floor<br>Miami, FL 33131 |

Dated: January 29, 2009

GENOVESE JOBLOVE & BATTISTA, P.A.
MICHAEL D. JOBLOVE (*pro hac vice*)
JONATHAN E. PERLMAN (*pro hac vice*)
100 SE Second Street, 44th Floor
Miami, FL 33131

GLYNN & FINLEY, LLP
CLEMENT L. GLYNN
ADAM FRIEDENBERG
MAUREEN RODGERS
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596


By_____/s/ Maureen Rodgers_____
    Maureen Rodgers, Esq.
    Attorneys for Defendant Burger King
    Corporation

**ATTESTATION**

I, Maureen Rodgers, hereby attest that, pursuant to General Order 45, Section XB, concurrence in the filing of this document has been obtained from each of the other signatories herein.

|     |                                           |
| --- | ----------------------------------------- |
| 1   | **[~~PROPOSED~~] ORDER**                  |
| 2   |                                           |
| 3   |                                           |
| 4   | PURSUANT TO STIPULATION, IT IS SO ORDERED. |
| 5   |                                           |
| 6   | Dated:   January 30, 2009                 |
| 7   | _____<br>The Honorable William Alsup<br>UNITED STATES DISTRICT JUDGE |