| | |
|---|---|
| 1 | Bill Lann Lee – CA State Bar No. 108452 |
| | Julia Campins – CA State Bar No. 238023 |
| 2 | LEWIS, FEINBERG, LEE, |
| | RENAKER & JACKSON, P.C. |
| 3 | 1330 Broadway, Suite 1800 |
| | Oakland, CA 94612 |
| 4 | Telephone: (510) 839-6824 |
| | Facsimile: (510) 839-7839 |
| 5 | Email: blee@lewisfeinberg.com |
| | jcampins@lewisfeinberg.com |
| 6 | |
| | Timothy P. Fox – CA State Bar No. 157750 |
| 7 | Amy Robertson (*pro hac vice*) |
| | Fox & Robertson, P.C. |
| 8 | 104 Broadway, Suite 400 |
| | Denver, CO 80203 |
| 9 | Telephone: (303) 595-9700 |
| | TTY: (877) 595-9706 |
| 10 | Facsimile: (303) 595-9705 |
| | Email: tfox@foxrob.com |
| 11 | Email: arob@foxrob.com |
| 12 | |
| | *Attorneys for Plaintiff* |
| 13 | (*additional counsel on next page*) |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MIGUEL CASTANEDA on behalf of himself and others similarly situated | ) ) ) | Case No. C 08-4262 WHA |
| Plaintiff, | ) ) | **STIPULATION AND [PROPOSED] ORDER ALLOWING THE FILING OF** |
| vs. | ) ) | **A FIRST AMENDED COMPLAINT** |
| BURGER KING CORPORATION, | ) ) | |
| Defendants. | ) ) ) | |

JOINT STIPULATION AND [PROPOSED] ORDER [CASE NO. C 08-4262]

Linda D. Kilb, Bar No. 136101
DISABILITY RIGHTS EDUCATION
& DEFENSE FUND
2212 Sixth Street
Berkeley, CA 94710
Telephone:(510) 644-2555
Facsimile:(510) 841-8645
E-mail: lkilb@dredf.org

Mari Mayeda, Bar No. 110947
P O Box 5138
Berkeley, CA 94705
Telephone: (510) 848-3331
Facsimile: (510) 841-8115
marimayeda@earthlink.net

Antonio M. Lawson, Bar No. 140823
LAWSON LAW OFFICES
160 Franklin Street, Suite 204
Oakland, CA 94607
Telephone: (510) 419-0940
Facsimile:  (510) 419-0948
tony@lawsonlawoffices.com

*Attorneys for Plaintiff*


Michael D. Joblove (*pro hac vice*)
Jonathan E. Perlman (*pro hac vice*)
GENOVESE JOBLOVE & BATTISTA P.A.
Bank of America Tower
100 Southeast 2nd Street, 44th Floor
Miami, Florida 33131
Telephone: (305) 349-2300
Facsimile: (305) 349-2310
Email: mjoblove@gjb-law.com
       jperlman@gjb-law.com

Clement L. Glynn, Bar No. 57117
Adam Friedenberg, Bar No. 205778
GLYNN & FINLEY, LLP
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
Telephone: (925) 210-2800
Facsimile: (925) 945-1975
Email: cglynn@glynnfinley.com
       afriedenberg@glynnfinley.com

*Attorneys for Defendant*

WHEREAS, Plaintiff desires to amend his complaint to add additional plaintiffs;

WHEREAS, Defendant has not yet filed a responsive pleading, thereby allowing Plaintiff to amend his pleading once as a matter of course, pursuant to Federal Rule of Civil Procedure 15(a)(1)(A);

THEREFORE, IT IS HEREBY STIPULATED by the parties to this lawsuit, by and through their respective counsel of record, that Plaintiff shall be allowed to file the First Amended Complaint attached as Exhibit A hereto.

Dated: March 6, 2009

FOX & ROBERTSON
TIMOTHY P. FOX
AMY F. ROBERTSON (*pro hac vice*)
3801 East Florida Avenue, Suite 400
Denver, CO 80210

LEWIS, FEINBERG, LEE, RENAKER &
JACKSON, P.C.
BILL LANN LEE
JULIA CAMPINS
1330 Broadway, Suite 1800
Oakland, CA 94612

By  /s/ Julia Campins
   Julia Campins
   Attorneys for Plaintiff

Dated: March 6, 2009

GENOVESE JOBLOVE & BATTISTA, P.A.
MICHAEL D. JOBLOVE (*pro hac vice*)
JONATHAN E. PERLMAN (*pro hac vice*)
100 SE Second Street, 44th Floor
Miami, FL 33131

GLYNN & FINLEY, LLP
CLEMENT L. GLYNN
ADAM FRIEDENBERG
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596

By  /s/ Michael Joblove

|   |   |
|---|---|
| 1 | |
| 2 | Michael D. Joblove<br>Attorneys for Defendants Burger King<br>Corporation and Burger King Holdings, Inc. |

### ATTESTATION

I, Julia Campins, hereby attest that, pursuant to General Order 45, Section XB, concurrence in the filing of this document has been obtained from each of the other signatories herein

**[~~PROPOSED~~] ORDER**

Pursuant to stipulation, Plaintiff shall be allowed to file the First Amended Complaint attached as Exhibit A hereto.

The Clerk is directed to file said First Amended Complaint.

Dated: March 9, 2009



_____
The Honorable William Alsup
UNITED STATES DISTRICT JUDGE