IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MIGUEL CASTANEDA, on behalf of himself and others similarly situated,

    Plaintiff,

  v.

BURGER KING CORPORATION and BURGER KING HOLDINGS, INC.,

    Defendants.

No. C 08-04262 WHA

**ORDER SETTING HEARING ON PLAINTIFF'S DISCOVERY DISPUTE**

The Court is in receipt of plaintiff's letter of April 14, 2009, and hereby **SETS** a further meet and confer on **TUESDAY, APRIL 21, 2009, AT 8:00 A.M.** in the Court's jury room. At **11:00 A.M.** on that same day, the Court shall hold a hearing on any remaining unresolved issue(s). Defendants are requested to respond to plaintiff's motion no later than **NOON ON APRIL 17**.

**IT IS SO ORDERED.**

Dated: April 15, 2009.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE