UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Miguel Castaneda, | No. C 08-4262 WHA (JL) |
|     Plaintiff, | |
|     v. | **ORDER** |
| Burger King Corporation, et al., | |
|     Defendants. | |
| _____/ | |

All discovery in this case has been referred by the district court (Hon. William H. Alsup) pursuant to 28 U.S.C. §636(c). The Court received and read Defendants' letter to Judge Alsup e-filed at Docket Number 78. The parties are hereby ordered to meet and confer as provided in this Court's Standing Order within twenty days of issuance of this order, and within one week after their meeting to submit a joint statement regarding what, if anything, remains to be resolved of the disputes discussed in the letter. The Court will then notify the parties if a hearing is necessary.

IT IS SO ORDERED.

DATED: May 8, 2009

_____
JAMES LARSON
Chief Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIV-REF\08-4262\MEET-CONFER-78.wpd