United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Miguel Castaneda, | No. C 08-4262 WHA (JL) |
|     Plaintiff, | |
|     v. | **NOTICE AND ORDER** |
| Burger King Corporation, et al., | |
|     Defendants. | |
| _____/ | |

All discovery in this case has been referred by the district court (Hon. William H. Alsup), pursuant to 28 U.S.C. §636(b). The Court received the parties joint statement regarding their discovery dispute, e-filed at Docket # 82. The matter is hereby set for hearing before this Court on June 24, 2009, at 9:30 a.m.

The parties shall provide evidence on the nature of Defendants' contacts with putative class members. The parties shall file any declarations or memoranda on or before close of business on June 12.

IT IS SO ORDERED.

DATED: June 4, 2009

_____
JAMES LARSON
Chief Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIV-REF\08-4262\Order brief 82.wpd