1
2
3
4
5
6
7
8    UNITED STATES DISTRICT COURT
9    NORTHERN DISTRICT OF CALIFORNIA
10
11   Miguel Castaneda,                              No. C 08-4262 WHA (JL)
12          Plaintiff,
13      v.                                          **AMENDED ORDER Re Briefing Schedule (Dkt. # 106, 110) on Parties' Joint Statement at Docket # 103**
14   Burger King Corporation, et al.,
15          Defendants.
16   _____/

17    The Court in entering its Briefing Order at Docket # 110, in response to Plaintiffs' ex
18 parte application at Docket # 106, was under the mistaken impression that the parties had
19 agreed on a briefing schedule. The Court had not yet received Defendants' opposition to
20 Plaintiffs' proposed briefing schedule. The Court has now reviewed Defendants' opposition
21 and the letters submitted by both sides. The Court finds Defendants' arguments to be well-
22 taken. The issues in the parties' Joint Statement at Docket # 103, to which the briefing
23 schedule applies, are too numerous and complex to permit briefing on less than the full
24 schedule. In addition, even Plaintiffs' proposed hearing date would fall after their deadline
25 for filing their class certification motion so their argument that the discovery requested is
26 necessary for this motion is not supported by the facts.
27    Accordingly, the hearing date on the Joint Statement at Docket # 103, Plaintiffs'
28 Motion to Compel Survey and Remediation Information, and Defendant's Motion to Compel

Return of Inadvertently Produced Privilege Documents and for Protective Order, is hereby continued to August 19, 2009, at 9:30 a.m., to be briefed on the normal briefing schedule:

The parties' respective opening briefs will be due on July 15, 2009 (35 days before the August 19, 2009 hearing date);

The parties' respective opposition briefs will be due on July 29, 2009 (21 days before the August 19, 2009 hearing date); and

The parties' respective reply briefs will be due on August 5, 2009 (14 days before the August 19, 2009 hearing date).

IT IS SO ORDERED.

DATED: July 8, 2009

_____
JAMES LARSON
U.S. Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIV-REF\08-4262\Amended Order brief 103.wpd