1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MIGUEL CASTANEDA, on behalf of
himself and others similarly situated,

      Plaintiff,

  v.

BURGER KING CORPORATION and
BURGER KING HOLDINGS, INC.,

      Defendants.

_____/

No. C 08-04262 WHA

**ORDER REGARDING
MOTION TO CONTINUE**

      The Court is in receipt of plaintiff's administrative motion to continue the briefing and hearing schedule for the motion for class certification. Defendants should file any opposition to the motion by **MIDNIGHT TONIGHT**. The Court will endeavor to decide the motion Monday.

      **IT IS SO ORDERED.**

Dated: July 17, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE