IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MIGUEL CASTANEDA, on behalf of
himself and others similarly situated,

    Plaintiff,

  v.

BURGER KING CORPORATION and
BURGER KING HOLDINGS, INC.,

    Defendants.

No. C 08-04262 WHA

**ORDER DENYING
MOTION TO CONTINUE**

Plaintiffs have already been provided architectural plans for the stores in question and it is hard to see why the materials at issue in the discovery matter before Magistrate Judge Larson would make a difference on class certification. At all events, plaintiffs' counsel had ample time to seek discovery for the class certification motion and it was counsel's responsibility to bring discovery motions in sufficient time to allow for the magistrate judge to rule and to have the materials in time for the opening memorandum. It appears that counsel let the issue now before Judge Larson slide to the point that the motion practice could not be completed im time. The submission does not show substantial justification for the delay. It is important to honor the case schedule, so the motion to delay the class certification motion is now **DENIED**. This is without prejudice to the possibility that any nuggets found in the sought-for materials can be submitted in the reply brief.

**IT IS SO ORDERED.**

Dated: July 20, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE