United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MIGUEL CASTANEDA, KATHERINE CORBETT, and JOSEPH WELLNER, on behalf of themselves and others similarly situated,

    Plaintiff,

v.

BURGER KING CORPORATION and BURGER KING HOLDINGS, INC.,

    Defendants.

No. C 08-04262 WHA

**ORDER RE REQUEST TO EXCEED THE PAGE LIMIT**

Burger King has filed a motion to exceed page limits seeking ten extra pages for its brief in opposition to plaintiffs' motion for class certification. The motion is **DENIED**. Plaintiffs' motion has already been filed and satisfies the page limits. Defendant has failed to demonstrate good cause to exceed the limits.

**IT IS SO ORDERED.**

Dated: August 19, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE