IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MIGUEL CASTANEDA, *et al*.,

    Plaintiffs,

  v.

BURGER KING CORP.,

    Defendant.

No. C 08-04262 WHA

**ORDER RE EX PARTE APPLICATION OF THIRD PARTY STRATEGIC ACQUISITION COMPANY II, LLC FOR ORDER IMMEDIATELY VACATING THE HEARING ON MOTION FOR CLASS CERTIFICATION PENDING RULING ON JOINDER MOTION**

The Court is in receipt of third-party Strategic Restaurants Acquisition Company II, LLC's ("Strategic") *ex parte* application to vacate the September 17, 2009 class certification hearing pending ruling on the motion of defendant Burger King Corporation to Add Restaurant/Lessees as Additional Defendants Under Rules 19(a) and 21. The Court has also received plaintiffs' opposition to this application, and Strategic's reply to their opposition. Any comments or opposition to Strategic's application from defendant must be filed by **WEDNESDAY, SEPTEMBER 2, 2009**.

    **IT IS SO ORDERED.**

Dated: September 1, 2009

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE