**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MIGUEL CASTANEDA, KATHERINE CORBETT, and JOSEPH WELLNER on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BURGER KING CORPORATION,<br><br>Defendant. | Case No. C 08-4262 WHA (JL)<br><br>**[PROPOSED] ORDER TO FILE DOCUMENTS UNDER SEAL** |

Having considered the parties' submission to file the proposed documents under seal, and good cause appearing, it is hereby ordered that the following Exhibits to the Declaration of Michael D. Joblove (Dkt #170, 171, 172), currently lodged with the Court, be filed under seal pursuant to Civil Local Rules 79-5(d):

Exhibits A (Dkt. #170-1), F (Dkt. #171-3), and L (Dkt. #172-4), consisting of various versions of "Attachment A," which contain the names and cities of absent class members.

Defendant is further ordered to redact the names and cities from the original documents and file those redacted documents in the public record.

It is further ordered that, to maintain the effect of the seal under Civil Local Rule 79-5(f), the parties shall not publicly disseminate or discuss any of the redacted information absent

1 | further order of the Court.

2 |     IT IS SO ORDERED.

4 | Dated: _____September 4, 2009_____     _____
5 |     Honorable William H. Alsup
    United States District Judge

