IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MIGUEL CASTANEDA, KATHERINE CORBETT, and JOSEPH WELLNER, on behalf of themselves and others similarly situated,

Plaintiff,

v.

BURGER KING CORPORATION and BURGER KING HOLDINGS, INC.,

Defendants.

No. C 08-04262 WHA

**ORDER DENYING PLAINTIFFS' MOTION FOR LEAVE TO FILE A SUPPLEMENTAL MEMORANDUM CONCERNING CASE MANAGEMENT ISSUES**

Plaintiffs have moved pursuant to Local Rule 7-11 for leave to file a supplemental memorandum in support of their motion for class certification. They have asked for permission to file their requested supplemental pleading on or before September 30, 2009, with any response from defendant due a week after that on October 7, 2009. The motion is **DENIED**. The motion for class certification has already been voluminously briefed and argued. Another round of briefing would take at least two weeks to complete, and would unduly delay the Court's deliberative process and forthcoming order regarding class certification.

**IT IS SO ORDERED.**

Dated: September 23, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE