# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL CASTANEDA, KATHERINE CORBETT, and JOSEPH WELLNER on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BURGER KING CORPORATION,<br><br>Defendant. | Case No. C 08-4262 WHA (JL)<br><br>[~~PROPOSED~~] **ORDER TO FILE DOCUMENTS UNDER SEAL**<br><br>Date: September 17, 2009<br>Time: 8:30 AM<br>Judge: William H. Alsup |

Having considered the parties' submission to file the proposed documents under seal, and good cause appearing, it is hereby ordered that the following Exhibits to the Declaration of Julia Campins in Support of Plaintiffs' Motion for Class Certification, currently lodged with the Court, be filed under seal pursuant to Civil Local Rules 79-5(d):

1. Status of All California Burger King Restaurants from 9/1/06 - Present (Ex. 122)
2. Manual of Operating Data (Ex. 123, 125-126)
3. Prototypes (Ex. 124)
4. Unredacted Memorandum in Support of Plaintiffs' Motion for Class Certification referencing Ex. 122 - 126.

It is further ordered that, to maintain the effect of the seal under Civil Local Rule 79-5(f), the parties shall not publicly disseminate or discuss any of the sealed documents or their contents absent further order of the Court.

IT IS SO ORDERED.

Dated: September 25, 2009

_____
Honorable William H. Alsup
United States District Judge

