1   GLYNN & FINLEY, LLP
    CLEMENT L. GLYNN, Bar No. 57117
2   ADAM FRIEDENBERG, Bar No. 205778
    MAUREEN RODGERS, Bar No. 245876
3   One Walnut Creek Center
    100 Pringle Avenue, Suite 500
4   Walnut Creek, CA 94596
    Telephone: (925) 210-2800
5   Facsimile: (925) 945-1975
    Email: cglynn@glynnfinley.com
6         afriedenberg@glynnfinley.com
           mrodgers@glynnfinley.com

GENOVESE JOBLOVE & BATTISTA P.A.
MICHAEL D. JOBLOVE (admitted *pro hac vice*)
JONATHAN E. PERLMAN (admitted *pro hac vice*)
Bank of America Tower
100 Southeast 2nd Street, 44th Floor
Miami, Florida 33131
Telephone: (305) 349-2300
Facsimile: (305) 349-2310
Email: mjoblove@gjb-law.com
       jperlman@gjb-law.com

Attorneys for Defendant Burger King Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL CASTANEDA, KATHERINE CORBETT, and JOSEPH WELLNER on behalf of themselves and others similarly situated<br><br>          Plaintiffs,<br><br>vs.<br><br>BURGER KING CORPORATION<br><br>          Defendant. | **Case No. CV 08-4262 WHA**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT BURGER KING CORPORATION'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

Having considered the parties' submission to file the proposed documents under seal, and good cause appearing therefore, it is hereby ordered that the following currently lodged with the Court, be filed under seal pursuant to Civil Local Rule 79-5:

(1) BKC's Opposition to Plaintiffs' Motion for Class Certification (Redacted BKC Opposition at Docket No. 184);

(2) Declaration of Thomas G. Archer submitted in support of BKC's Opposition to Plaintiffs' Motion for Class Certification (Redacted Tom Archer Declaration at Docket No. 183);

(3) Declaration of James McGrory submitted in support of BKC's Opposition to Plaintiffs' Motion for Class Certification (Redacted James McGrory Declaration at Docket No. 182);

(4) Exhibits A-D to the Declaration of Frank Massabki submitted in support of BKC's Opposition to Plaintiffs' Motion for Class Certification (Docket No. 181, with the subject redacted exhibits located Docket No. 181-1 (Exhibit A), 181-2 (Exhibit B), 181-3 (Exhibit C), and 181-4 (Exhibit "D"); and

(5) Exhibits A, L and part of Exhibit F to the Declaration of Michael D. Joblove submitted in support of BKC's Motion to Strike Declarations and Exclude Witnesses (Michael D. Joblove Declaration is located at Docket No. 170 and the subject redacted exhibits are located at Docket Nos. 170-1 (Exhibit A), 172-4 (Exhibit L), 171-3 (Exhibit F)).

**IT IS SO ORDERED.**

Dated: August 25, 2009

The Honorable William Alsup
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge William Alsup*