IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MIGUEL CASTANEDA, KATHERINE CORBETT, and JOSEPH WELLNER, on behalf of themselves and others similarly situated,

    Plaintiffs,

  v.

BURGER KING CORPORATION,

    Defendant.

No. C 08-04262 WHA

**ORDER DENYING LEAVE TO FILE SECOND AMENDED COMPLAINT**

    The parties' stipulated request to allow plaintiffs to file an amended complaint joining additional defendants is **DENIED WITHOUT PREJUDICE**. Plaintiffs will not be permitted to file an amended complaint unless it is accompanied by clear-cut statements from the parties that they will not seek to delay the existing case schedule and that old and new defendants will not seek to reopen discovery.

**IT IS SO ORDERED.**

Dated: October 20, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE