**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL CASTANEDA, KATHERINE CORBETT, and JOSEPH WELLNER, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BURGER KING CORPORATION,<br><br>Defendant.<br>                                                                      / | No. C 08-04262 WHA<br><br>**ORDER TO REMOVE DOCUMENT FROM ECF (DKT. NO. 277)** |

The order denying defendant Burger King Corporation's objections to the November 25 discovery order (Dkt. No. 277) is hereby **WITHDRAWN**. The document should be removed permanently from the ECF system.

**IT IS SO ORDERED.**

Dated: December 21, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE