IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MIGUEL CASTANEDA, KATHERINE CORBETT, and JOSEPH WELLNER, on behalf of themselves and others similarly situated,

    Plaintiffs,

  v.

BURGER KING CORPORATION,

    Defendant.
_____/

No. C 08-04262 WHA

**ORDER RE PLAINTIFFS' MOTION FOR CLARIFICATION OF DECEMBER 29 ORDER**

An October 16 order set a schedule for discovery of the information contained in defendant's accessibility surveys including measurements and photographs of the ten stores at issue in this action. Pursuant to that order, defendant could delay turning over any of the information for each of the ten stores at issue until 70 days before the trial date for each particular store in question. A December 29 order addressed when defendant must answer plaintiffs' interrogatories. It held that to the extent that defendant could answer the interrogatories from other sources than the pre-litigation surveys, it had to answer as provided by Judge Larson's November 25 order. If information was available both in the pre-litigation surveys and in other sources, defendant had to answer as provided by Judge Larson's November 25 order. To the extent that defendant's answers drew from information available *only* in the pre-litigation surveys, it could delay turning over that information for each of the ten stores at issue until 70 days before the trial date for each particular store in question.

Now plaintiff moves for clarification of the December 29 order as to whether documents other than the pre-litigation surveys — such as scope-of-work documents, photographs, and punch lists generated during defendant's remediation work — constitute "other sources than the pre-litigation surveys." To the extent that such materials were generated solely as part of the same remediation work that generated the information in the pre-litigation surveys, they do not constitute "other sources." To the extent that defendant's answers to plaintiffs' interrogatories draw solely from such materials, it may delay answering until 70 days before the trial date for each particular store in question.

**IT IS SO ORDERED.**

Dated: January 20, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE