| | |
|---|---|
| 1 | GLYNN & FINLEY, LLP |
| | CLEMENT L. GLYNN, Bar No. 57117 |
| 2 | ADAM FRIEDENBERG, Bar No. 205778 |
| | MAUREEN RODGERS, Bar No. 245876 |
| 3 | One Walnut Creek Center |
| | 100 Pringle Avenue, Suite 500 |
| 4 | Walnut Creek, CA 94596 |
| | Telephone: (925) 210-2800 |
| 5 | Facsimile: (925) 945-1975 |
| | Email: cglynn@glynnfinley.com |
| 6 | afriedenberg@glynnfinley.com |
| | mrodgers@glynnfinley.com |
| 7 | |
| | GENOVESE JOBLOVE & BATTISTA P.A. |
| 8 | MICHAEL D. JOBLOVE (admitted *pro hac vice*) |
| | JONATHAN E. PERLMAN (admitted *pro hac vice*) |
| 9 | Bank of America Tower |
| | 100 Southeast 2nd Street, 44th Floor |
| 10 | Miami, Florida 33131 |
| | Telephone: (305) 349-2300 |
| 11 | Facsimile: (305) 349-2310 |
| | Email: mjoblove@gjb-law.com |
| 12 | jperlman@gjb-law.com |
| 13 | Attorneys for Defendant Burger King Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL CASTANEDA, KATHERINE CORBETT, and JOSEPH WELLNER on behalf of themselves and others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>BURGER KING CORPORATION<br><br>Defendant. | **Case No. CV 08-4262 WHA**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT BURGER KING CORPORATION'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL** |

1   Having considered the parties' submissions to file the proposed documents under seal, and
2   good cause appearing therefore, it is hereby ordered that Exhibit A to the Declaration of Michael
3   Joblove submitted in support of BKC's motion to extend discovery cut-off and to take individualized
4   discovery as to opt-in plaintiffs (Docket No. 287), currently lodged with the Court, be filed under
5   seal pursuant to Civil Local Rules 79-5(d) and 7-11.

**IT IS SO ORDERED.**

Dated: February 18, 2010.

_____
The Honorable William Alsup
UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge William Alsup]*