IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL CASTANEDA, KATHERINE CORBETT, and JOSEPH WELLNER, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BURGER KING CORPORATION,<br><br>Defendant. | No. C 08-04262 WHA<br><br>**ORDER RE PARTIES' MOTION TO REVISE EXISTING SCHEDULING ORDERS** |

If the Court receives a fully executed and final version of a stipulation of settlement in this matter on or before March 4, 2010, the Court will consider whether to use the hearing on the parties' respective motions for partial summary judgment now set for March 18 to instead consider a joint motion for preliminary approval of the settlement agreement. Meanwhile, the hearing on the motions for partial summary judgment will remain on calendar as previously scheduled. The parties' motion to revise the existing scheduling order based on their averment that they have "agreed in principle" to a settlement is **DENIED**.

**IT IS SO ORDERED.**

Dated: February 23, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE