IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MIGUEL CASTANEDA, KATHERINE CORBETT, and JOSEPH WELLNER, on behalf of themselves and others similarly situated,

    Plaintiffs,

  v.

BURGER KING CORPORATION,

    Defendant.

No. C 08-04262 WHA

**ORDER REQUESTING UPDATE ON STATUS OF SETTLEMENT**

Being mindful of the statement filed by the parties on February 19 that they had agreed in principle to the terms of a settlement of this litigation, the Court is trying to plan its work schedule in the face of voluminous motions and asks counsel to please advise it as to the status of the alleged settlement by **NOON ON MARCH 4, 2010.**

**IT IS SO ORDERED.**

Dated: March 3, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE