IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MIGUEL CASTANEDA, KATHERINE CORBETT, and JOSEPH WELLNER, on behalf of themselves and others similarly situated,

    Plaintiffs,

vs.

BURGER KING CORPORATION,

    Defendant.

Case No. C 08-04262 WHA

[PROPOSED] ORDER GRANTING PARTIES' JOINT STIPULATION AND MOTION FOR EXTENSION OF TIME TO FILE REPLY MEMORANDA OF LAW IN SUPPORT OF THEIR RESPECTIVE MOTIONS OF SUMMARY JUDGMENT

This matter is before the Court on the parties' joint stipulation and motion for extension of time to file reply memoranda of law in support of their respective motions for summary judgment.

PURSUANT TO STIPULATION, IT IS ORDERED that the parties' stipulation and motion is granted and that they shall have through and including March 9, 2010 within which to file their reply memoranda of law in support of their respective motions for summary judgment.

**IT IS SO ORDERED.**

Dated: March __3__, 2010

