1
2
3
4
5
6      IN THE UNITED STATES DISTRICT COURT
7
8      FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10
11
12

MIGUEL CASTANEDA, KATHERINE
CORBETT, and JOSEPH WELLNER, on
behalf of themselves and others similarly
situated,

No. C 08-04262 WHA

13            Plaintiffs,

**ORDER RE SCHEDULE FOR
PENDING MOTION FOR
PRELIMINARY APPROVAL
OF SETTLEMENT**

14      v.

15   BURGER KING CORPORATION,

16            Defendant.
                                          /
17

18       The parties have filed a fully executed copy of a proposed settlement agreement signed

19   by all the parties. They represent that they will submit a joint motion for preliminary approval

20   and proposed order of approval no later than close of business March 9, 2010. If they do so, the

21   hearing currently scheduled for March 18, 2010, to consider the parties' motions for summary

22   judgment shall be instead used to consider the motion for preliminary approval of the proposed

23   settlement agreement.

24       The parties also seek to postpone the trial schedule in this action while consideration of

25   the motion for preliminary approval is pending. The first trial is scheduled to begin on April 19,

26   2010. Should the motion for preliminary approval be denied, the schedule for hearing the

27
28

parties' motions for summary judgment and the subsequent trial schedule may be adjusted if necessary.

**IT IS SO ORDERED.**

Dated: March 8, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE