IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL CASTANEDA, KATHERINE CORBETT, and JOSEPH WELLNER, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BURGER KING CORPORATION,<br><br>Defendant. | Case No. C 08-04262 WHA<br><br>**[PROPOSED] ORDER GRANTING PARTIES' JOINT STIPULATION AND MOTION TO STAY FILING OF REPLY MEMORANDA OF LAW IN SUPPORT OF THEIR RESPECTIVE MOTIONS FOR SUMMARY JUDGMENT** |

This matter is before the Court on the parties' joint stipulation and motion to stay filing of reply memoranda of law in support of their respective motions for summary judgment.

The parties have represented therein that they will file a joint motion for preliminary approval and a proposed order of approval by close of business March 9, 2010.

Based on the instant stipulation and motion, and on the foregoing representation, the motion is granted and the Court hereby stays the filing of any reply memoranda of law in

support of the parties' respective motions for summary judgment pending the Court's ruling on the motion for preliminary approval of settlement.

**IT IS SO ORDERED.**

Dated: March 9, 2010



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE